IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DANIEL M. OLSON,

                 Plaintiff,                  ORDER

v.

                                     22-cv-562-wmc

SAUK COUNTY, et al.,

                 Defendants.

---

Plaintiff has moved for leave to amend his complaint to add more detailed factual allegations, clarify his existing claims in response to defendants' motions to dismiss, and add additional federal claims. (Dkt. #55.) The court usually allows amendments to the pleadings without leave of court until a deadline established at the pretrial conference, which has not yet been scheduled. Although this case was filed over a year ago, the court stayed all deadlines in this case—including plaintiff's deadline to respond to defendants' motions to dismiss and various defendants' deadlines to answer the original complaint—from December 28, 2022, to April 18, 2023. (See dkts. ##26 and 50.) Plaintiff timely filed his motion by his May 9, 2023, deadline for responding to the motions to dismiss. In addition, plaintiff has notified the court that he intends to file a motion to disqualify Attolles Law, S.C. as defense counsel. (Dkt. #60.) Accordingly,

ORDER

IT IS ORDERED that: (1) plaintiff's motion for leave to file an amended complaint (dkt. #55) is GRANTED; (2) defendants' motions to dismiss (dkts. ##5, 13, and 18) are DENIED as moot; (3) all defendants, including those who were not required to answer the

original complaint, shall have 21 days from the date of this order to answer the amended complaint, renew any previously-filed motion to dismiss, or file a new motion to dismiss if necessary; (4) plaintiff shall file his amended complaint as a separate docket entry by October 25, 2023; and (5) plaintiff shall file his motion to disqualify counsel within 21 days of the date of this order.

IT IS FURTHER ORDERED that the clerk of court set a telephonic preliminary pretrial conference before Magistrate Judge Crocker.

Entered this 19th day of October, 2023.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge