IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DANIEL M. OLSON,

         Plaintiff,                      ORDER

v.

                                          22-cv-562-wmc

SAUK COUNTY, et al.,

         Defendants.

---

The county defendants and several other defendants have filed two motions (dkts. ##108-09), which plaintiff does not oppose (see dkt. #110). *First*, defendants request that the court set formatting requirements for all future briefs to ensure that the page limits previously set by the court (dkt. #76) are fairly applied. Because the court agrees that such requirements are necessary to ensure both fairness and judicial economy, defendants' motion (dkt. #108) is GRANTED. IT IS ORDERED that all briefs filed by the parties from this day forward be formatted with the following: double-spacing between text lines, except for headings, block quotes, and footnotes; 12-point font, except for footnotes, which must be reasonable in number; and margins of at least one inch on all four sides.

*Second*, defendants seek a 12-day extension of their response deadline and permission to file up to a 40-page brief (exceeding the 30-page limit) in responding to plaintiff's motion for disqualification. That motion (dkt. #109) is GRANTED on the condition that defendants keep their response brief as close to 30 pages as possible. Defendants' response to plaintiff's motion for disqualification is now due January 2, 2024. Plaintiff's reply, which must be no longer than 15 pages and adhere to the new formatting requirements, is due January 12, 2024.

Entered this 8th day of December, 2023.

                                                    BY THE COURT:
                                                    /s/
                                                    _____
                                                    WILLIAM M. CONLEY
                                                    District Judge